RADIOVISION CORPORATION and LEO EISEMANN, Respondents, v. JOSEPH J. STEINHARTER and JACK J. GROSSMAN, Defendants, Impleaded with S. P. WOODARD & Co., INC., and STANLEY P. WOODARD, Sued Herein as "SAMUEL" P. WOODARD, Appellants.— Order so far as appealed from affirmed, with ten dollars costs and disbursements, with leave to defendants S. P. Woodard & Co., Inc., and Stanley P. Woodard, sued as "Samuel" P. Woodard, to answer the complaint as to the third cause of action within ten days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ELISA DI PRIMIO and Another, Respondents, v. MOSEWELL REALTY CORPORATION and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements, with leave to defendants to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

CAESAR SABELLI and Another, Respondents, v. BELLANCA AIRCRAFT CORPORATION and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements, with leave to defendants to answer within twenty days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ. [134 Misc. 389.]

ZORA GREBC, Appellant, v. MORRIS SILVERMAN and HENRY SILVERMAN, Copartners, etc., Respondents.— Judgment reversed and a new trial ordered, with costs to the appellant to abide the event, upon the ground that plaintiff made out a *prima facie* case. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of TISHMAN REALTY & CONSTRUCTION Co., INC., and Another, Appellants, against WILLIAM E. WALSH and Others, Respondents, and VINCENT J. SLATTERY CONSTRUCTION Co., INC., Intervening, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ. [135 Misc. 315.]